**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRITTNEY YOUNG                                                                                         PLAINTIFF

v.                                           No.  4:15CV00186 JLH

JPMORGAN CHASE BANK, N.A.                                                                DEFENDANT

## JUDGMENT

On this 21st day of November, 2016, this action came before the Court for a bench trial. The plaintiff, Brittney Young, appeared in person and through her lawyer, Tona Maria DeMers.  The defendant, JPMorgan Chase Bank, N.A., appeared through its corporate representative, Rosemary Martin, and its lawyers, Marcie Lynn Schout and William Lance Lewis.  Both parties announced that they were ready for trial.  After the presentation of all of the evidence, the Court made findings of fact and conclusions of law in open court.  Pursuant to those findings of fact and conclusions of law, the temporary restraining order restraining JPMorgan Chase Bank, N.A. from proceeding with foreclosure on the property at 311 Commentry Way, Little Rock, Arkansas 72223, is hereby lifted. The complaint of Brittney Young is dismissed with prejudice.

IT IS SO ORDERED this 21st day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE